COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Brownsville_ DISTRICT OF TEXAS
_Southern District_ DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 9 2003

Michael N. Milby
Clerk of Court

Jose Luis Ruiz #1103663
Plaintiff's name and ID Number

Garza West
Place of Confinement

MISCELLANEOUS

CASE NO: __B-03-001__
(Clerk will assign the number)

v.

City Police Department 2301 An. Road, Longoria Road
Defendant's name and address    San Juan, Texas 78589

_____
Defendant's name and address

_____
Defendant's name and address
(DO NOT USE "ET AL.")

_____

I.  **PREVIOUS LAWSUITS:**

   A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?   ___ YES   _✓_ NO

   B. If your answer to "A" is "yes", describe each lawsuit in the space below.
   (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: __N/A__

   2. Parties to previous lawsuit:
      Plaintiff(s) __N/A__
      Defendant(s) __N/A__

   3. Court (If federal, name the district; if state, name the county) __N/A__

   4. Docket Number: __N/A__

   5. Name of judge to whom case was assigned: __N/A__

   6. Disposition: (Was the case dismissed, appealed, still pending?)
      __N/A__

   7. Approximate date of disposition: __N/A__

☆ATC1983 (Rev. 2/00)                                    2

II.    PLACE OF PRESENT CONFINEMENT: _Garza West_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted both steps of the grievance procedure in this institution? ___ YES _✓_ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV.    PARTIES TO THIS SUIT:
     A. Name of address of plaintiff: _Jose Luis Ruiz_
_Garza West, TI=, HC02 Box 995, Beeville Texas 78102_

     B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

     Defendant #1: _City Police Department_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Defendant have sold my car without the owner premission_

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

_on Aug 4, Saturday night my house got on Fire and on Aug 5 my car got pickup on 2nd street by San Juan Police Department_

☆ATC1983 (Rev. 2/00)          3

They say They wanted To check my car for Evident for The charge of Arson and on Aug 8 I call The city Police Department ask about my car They say They could not Release it because They where looking for evident between Oct + Nov my Family ask The city Police Department about my car They say They could not Release it Till court was over on March 6, I got sentence and The Judge Fidenico Guerra Release my car in court to my Family Mom + Dad They went back To The city and found They Find out That my car was sold on 9-8-01

**VI. RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am Requesting That This honorable said court to grant The Plaintiff 175,000 From Defendent Hildalgo City Police Department

**VII. BACKGROUND INFORMATION:**
A. State, in complete form, all names you have ever used or been known by including any and all aliases:
Jose Luis Ruiz

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
#1103663

**VII. SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?
___ YES ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
  1. Court that imposed sanctions (if federal, give district and division): N/A
  2. Case Number: N/A
  3. Approximate date sanctions were imposed: N/A
  4. Have the sanctions been lifted or otherwise satisfied? ___ YES ✓ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES ✓ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

the same questions.)

1. Court that imposed warning (if federal, give the district and division): __N/A__
2. Case number: __N/A__
3. Approximate date warnings were imposed: __N/A__

Executed on: _____          _Jose Luis Ruiz_
               DATE                     _Jose Luis Ruiz_
                                        (Signature of Plaintiff)


**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __31__ day of __12__, 20 __02__.
             (Day)        (Month)      (Year)

                                        _Jose Luis Ruiz_
                                        _____
                                        (Signature of Plaintiff)


**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.