IN THE UNITED STATES DISTRICT COURT
FOR THE _BROWNSVILLE_ DISTRICT OF TEXAS
_SOUTHERN_ DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 9 2003

Michael N. Milby
Clerk of Court

_Jose Luis Ruiz   #1103665_
Plaintiff's name and ID Number

_GARZA WEST_
Place of Confinement

## MISCELLANEOUS

CASE NO. _B-03-001_
(Clerk will assign the number)

v.

APPLICATION TO PROCEED
IN FORMA PAUPERIS

_CITY POLICE DEPARTMENT, 2301 N. Raul Longoria Road,_
Defendant's name and address
_SAN JUAN, TEXAS 78589_

   I, _Jose Luis Ruiz_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

   I, further declare the responses which I have made to the questions and instructions below are true.

1.   Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment        Yes☐ No☑
   b. Rent payments, interest or dividends?               Yes☐ No☑
   c. Pensions, annuities or life insurance payments?     Yes☐ No☑
   d. Gifts or inheritances?                              Yes☐ No☑
   e. Family or friends?                                  Yes☑ No☐
   f. Any other sources?                                  Yes☐ No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _I had $60.00 on 12-16-02_

2.   Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

         Yes☑         No☐

   If you answered YES, state the total value of the items owned.

   _I have $41 on my Inmate Trust fund 12-18-02_

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐          No ☑

If you answered YES, describe the property and state its approximate value.

_____N/A_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __31__ day of __12_____, 19_02_.

        _Jose Luis Ruiz_ #_1103663_
        Signature of Plaintiff    ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97

```
DEIN1302.DIN1923    TEXAS DEPARTMENT OF CRIMINAL JUSTICE        12/31/02
JR62 DMA2-90        IN-FORMA-PAUPERIS DATA                      14:20:12
TDCJ#: ########  SID#: ########  LOCATION: GARZA WEST    INDIGENT D/L: 12/27/02
NAME: RUIZ,JOSE LUIS                  BEGINNING PERIOD: 06/01 02
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:       3.51 TOT HOLD AMT:      0.00 3MTH TOT DEP:      22.96
6MTH DEP:         66.70 6MTH AVG BAL:      2.87 6MTH AVG DEP:      11.12
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
11/02      0.00            0.00          08/02      40.00           43.00
10/02     20.00           21.48          07/02       0.74            0.74
09/02      3.33            1.48          06/02       0.00            0.00
PROCESS DATE    HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Bee_
ON THIS THE _31st_ DAY OF _December 2002_, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _Donna Malaer_
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____


DONNA MALAER
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 7-25-2006