IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 2 8 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE LUIS RUIZ | § § | |
| VS. | § § | MISCELLANEOUS NO. B-03-001 |
| CITY POLICE DEPARTMENT | § | |

### ORDER TRANSFERRING VENUE

Jose Luis Ruiz ("Ruiz") a prisoner incarcerated in the Texas Department of Criminal Justice facility in Beeville, Texas, has filed a *pro se* 42 U.S.C. § 1983 action against the San Juan, Texas, Police Department.

San Juan, Texas is situated in Hidalgo County, Texas, which is within the McAllen Division of the Southern District of Texas.

IT IS THEREFORE **ORDERED** that the Clerk transfer this case to the McAllen Division of the Southern District of Texas for further proceedings.

SIGNED at Brownsville, Texas, this 24th day of January, 2003.

John Wm. Black
United States Magistrate Judge